# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:07CR392 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **LAURO MARQUEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following the notice of the suspension from practice of law of William L. Switzer, Jr. , by the Nebraska Supreme Court on June 13, 2008. ***State ex rel. Counsel for Dis. v. Switzer***, 275 Neb. 881.

Donald L. Schense,1304 Galvin Road South, Bellevue, NE 68005, (402) 291-8778, is appointed to represent Lauro Marquez (Marquez) for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Switzer shall forthwith provide Mr. Schense with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Switzer which are material to Marquez's defense.

The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 13th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge