## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR392 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LAURO MARQUEZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion by defendant Lauro Marquez (Marquez) to file pretrial motions out of time (Filing No. 55). Marquez's counsel was recently appointed in this matter. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Marquez's motion for an extension of time (Filing No. 55) is granted. Marquez is given until **on or before June 30, 2008,** in which to file pretrial motions. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 19, 2008 and June 30, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge